JS-6

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10   MAY V. CO,                          Case No. 2:23-cv-03822-AB-E

11              Plaintiff,               **ORDER DISMISSING CIVIL
                                         ACTION**
12   v.

13   WAL-MART STORES, INC.,

14              Defendant.

15

16        The Court has been advised that this action has been settled.

17        The Court therefore **ORDERS** that this action is hereby **DISMISSED** without

18   costs and without prejudice to the right, upon good cause shown within **45 days,** to re-

19   open the action if settlement is not consummated. This Court retains full jurisdiction

20   over this action and this Order shall not prejudice any party to this action.

21

22

23   Dated:  February 12, 2024        _____

24                                    ANDRÉ BIROTTE JR.
                                      UNITED STATES DISTRICT JUDGE
25

26

27

28

                                       1.